IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

KENNY SIMS                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:04CV385-D-B

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY                                                                          DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, including the Report and Recommendation that the United States Magistrate Judge entered in this cause on March 8, 2006, and the March 17, 2006 objections to the Report and Recommendation by the Plaintiff, the court finds that the objections shall be overruled and that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that:

1. The subject Report and Recommendation of the Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the decision of the Commissioner is AFFIRMED, and this case is CLOSED.

THIS, the 24th day of March 2006.

/s/ Glen H. Davidson
Chief Judge